﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 200106-52988
DATE: October 30, 2020

ORDER

The appeal is dismissed.

FINDINGS OF FACT

In January 2020, prior to the promulgation of a decision, the Veteran withdrew her appeal.

CONCLUSIONS OF LAW

The criteria for withdrawal of an appeal by the Veteran have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205. 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from January 1992 to February 1994. This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a rating decision issued in April 2019 by a Department of Veterans Affairs (VA) Regional Office under the modernized appeals system known as the Appeals Modernization Act (AMA). In January 2020, the Veteran timely appealed such rating decision to the Board and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ). 

1. Entitlement to an initial rating in excess of 50 percent for generalized anxiety disorder with panic disorder.

2. Whether new and relevant evidence has been received in order to readjudicate a claim of entitlement to service connection for a left shoulder disorder. 

3. Whether new and relevant evidence has been received in order to readjudicate a claim of entitlement to service connection for a right shoulder disorder. 

4. Entitlement to service connection for a cervical spine disorder.

5. Entitlement to service connection for a left knee disorder.

6. Entitlement to service connection for left shin splints.

7. Entitlement to service connection for migraine headaches.

8. Entitlement to service connection for rhinitis.

9. Entitlement to service connection for a right knee disorder.

10. Entitlement to service connection for right shin splints.

11. Entitlement to service connection for sinusitis.

12. Entitlement to service connection for sleep apnea.

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.205. Withdrawal may be made by the appellant or by his or her authorized representative. Id. In addition, for withdrawals not made on the record at a Board hearing, such must be in writing and include the file number and a statement that the appeal is withdrawn. Hembree v. Wilkie, No. 18-3856 (August 31, 2020). In January 2020, prior to the promulgation of a decision, the Veteran withdrew her appeal pertaining to above captioned issues. In this regard, such statement was in writing, authored by the Veteran, included the correct file number, and explicitly identified the issues to be withdrawn. Therefore, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed. 

 

A. JAEGER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board K. Clark, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.